UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HERBERT FRANKLIN III, )<br>           )<br>       Plaintiff, )<br>           )<br>vs. )<br>           )<br>EXPERIAN INFORMATION SOLUTIONS, )<br>INC. and CAPITAL ONE BANK USA, N.A., )<br>           )<br>       Defendants. )<br>_____ ) | Case No. 2:16-cv-00044-APG-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#1) in this matter was filed January 11, 2016. Defendant Experian Information Solutions filed its Answer (#6) on February 3, 2016. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **April 4, 2016** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 25th day of March, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge