Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HERBERT FRANKLIN III, an individual;<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; CAPITAL ONE BANK USA, N.A., a national banking association;<br><br>Defendants. | Case No.:  2:16-cv-00044-APG-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT CAPITAL ONE BANK (USA), N.A. WITH PREJUDICE** |

Plaintiff, Herbert Franklin III, and Defendant, Capital One Bank (USA), N.A. ("Capital One") (collectively referred to as "Parties") have resolved all claims, disputes, and differences between the Parties in the above-referenced matter;

///
///
///
///
///
///
///
///
///

Page 1 of 3

Therefore, the Parties, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a)(1)(A)(ii) as to Capital One, with each party bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: October 5, 2016

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: October 5, 2016

**FERNALD LAW GROUP LLP**

*/s/ Brandon C. Fernald*
Brandon C. Fernald, Esq.
Nevada Bar No. 10582
6236 Laredo Street
Las Vegas, Nevada 89146
brandon.fernald@fernaldlawgroup.com
*Attorney for Defendant Capital One Bank (USA), N.A.*

**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CAPITAL ONE BANK (USA), N.A.**

Pursuant to the stipulation of the Parties under FRCP 41(a)(1)(A)(ii), this case is dismissed with prejudice as between Plaintiff and Capital One. Plaintiff and Capital One will bear their own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED:  October 5, 2016

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT CAPITAL ONE BANK (USA), N.A. WITH PREJUDICE** was electronically served via the U.S. District Court CM/ECF filing system to the following party:

Brandon C. Fernald, Esq.
**FERNALD LAW GROUP LLP**
6263 Laredo Street
Las Vegas, Nevada 89146
Brandon.fernald@fernaldlawgroup.com
*Attorney for Defendant Capital One Bank (USA), N.A.*

Dated: October 5, 2016

*/s/ Caesy Morales* .
An Employee of the Law Office of Kevin L Hernandez