Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HERBERT FRANKLIN III, an individual; | Case No.:  2:16-cv-00044-APG-GWF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |
| EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; CAPITAL ONE BANK USA, N.A.,  a national banking association; | |
| Defendants. | |

Plaintiff, Herbert Franklin III, and Defendant, Experian Information Solutions, Inc. ("Experian") (collectively referred to as "Parties") have resolved all claims, disputes, and differences between the Parties in the above-referenced matter;

///

///

///

///

///

///

///

///

///

Therefore, the Parties, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a)(1)(A)(ii) as to Experian, with each party bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: October 5, 2016                                                Dated: October 5, 2016

**LAW OFFICE OF**                                                    **SNELL & WILMER LLP**
**KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*                                              */s/ V.R. Bohman*
Kevin L. Hernandez, Esq.                                              V.R. Bohman, Esq.
Nevada Bar No. 12594                                                  Nevada Bar No. 13075
9555 S. Eastern Avenue, Suite 220A                                    3883 Howard Hughes Parkway. Suite 1100
Las Vegas, Nevada 89123                                               Las Vegas, Nevada 89169
kevin@kevinhernandezlaw.com                                           vbohman@swlaw.com
*Attorney for Plaintiff*                                              *Attorney for Defendant Experian Information Solutions, Inc.*

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Pursuant to the stipulation of the Parties under FRCP 41(a)(1)(A)(ii), this case is dismissed with prejudice as between Plaintiff and Experian. Plaintiff and Experian will bear their own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: October 5, 2016

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** was electronically served via the U.S. District Court CM/ECF filing system to the following party:

V.R. Bohman, Esq.
**SNELL & WILMER LLP**
3993 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
vbohman@swlaw.com
*Attorney for Defendant Experian Information Solutions, Inc.*

Andrea Mazingo, Esq.
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
amazing@jonesday.com
*Attorney for Defendant Experian Information Solutions, Inc.*

Dated: October 5, 2016

*/s/ Caesy Morales* .
An Employee of the Law Office of Kevin L Hernandez